**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
DONNA ST. HILLAIRE,

                Plaintiff,                23 **CIVIL** 4763 (PMH)

      -against-                       **JUDGMENT**

MONTEFIORE MEDICAL CENTER,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated January 16, 2024, Defendant's motion to dismiss is GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a pro se complaint... leave to amend is not necessary when it would be futile." Reed v. Friedman Mgt. Corp., 541 F. App'x 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)). Plaintiff's Title VII and First Amendment claims are dismissed with prejudice as any amendment would be futile. Plaintiff's state and local law claims, to the extent any have been alleged, are dismissed without prejudice to re-filing in the proper forum; accordingly, this case is closed.

**Dated:** New York, New York
           January 16, 2024

                                                                **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                                  **BY:**          *K. Mango*

                                                                 **Deputy Clerk**